COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:       01-15-00783-CR

Style:       Juan Jimenez v. The State of Texas

Date motion filed[*]:       January 25, 2016

Type of motion:       Second Motion to Extend Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's Brief

Is appeal accelerated?       No.

If motion to extend time:

      Original due date:       November 16, 2015

      Number of extensions granted:    1       Current Due Date: January 22, 2016

      Date Requested:       February 25, 2016 (101 days from original deadline)

Ordered that motion is:

      ☒ Granted

           If document is to be filed, document due: February 25, 2016.

           ☒       No further extensions of time will be granted.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☒ Other: _____

      On December 23, 2015, the Clerk of this Court granted appellant's first extension request which sought 60 days from November 16, 2015 until January 22, 2016, to file his brief, but no warnings to counsel were warranted at that time. Because appellant's second extension motion states that he is a sole practitioner who must make court appearances at most every work day, this extension is **granted**, but counsel is warned that **no further extensions will be granted** given the total length of time requested. Accordingly, if appellant's brief is not filed by **February 25, 2016**, the Court will abate this appeal for a late-brief hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes

           ☒ Acting individually       ☐ Acting for the Court

Date: February 2, 2016

November 7, 2008 Revision